No. 63691.—F. W. Woolworth Co. *v.* United States, protest 58/16379 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

No. 63692.—Cathay Crafts Corp. and Keff Co., Inc. *v.* United States, protests 59/2199 and 59/2320 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

BEFORE THE FIRST DIVISION, JANUARY 12, 1960

No. 63693.—La Casa Mexicana et al. *v.* United States, protests 312313–K, etc. (Brownsville).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiffs was sustained.

No. 63694.—Fruit & Easter Basket Co. et al. *v.* United States, protests 330051–K, etc. (Tampa).